■ MARIE SHEEHAN, Respondent, v MILTON RUBENSTEIN et al., Appellants, et al., Defendant.—In an action to recover damages for personal injuries, the defendants G & S Fashions, Milton Rubenstein and Jeanne Rubenstein separately appeal

from an order of the Supreme Court, Kings County (Held, J.), dated June 1, 1988, which granted the plaintiff's motion to vacate a dismissal of the action and restored it to the Trial Calendar.

Ordered that the order is affirmed, with one bill of costs payable by the appellants appearing separately and filing separate briefs.

We have examined the circumstances of this case and find that the Supreme Court did not improvidently exercise its discretion in granting the plaintiff's motion. Rubin, J. P., Kooper, Sullivan and Balletta, JJ., concur.